# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

129631

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU INSURANCE, as subrogee
of RON DORSEY,
         Plaintiff-Appellant,

v

SC: 129631
COA: 261291
Wayne CC: 04-415263-CZ

CITY OF DETROIT,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARKMAN, J., concurs and states as follows:

      For the reasons articulated in my concurring statement in *Reid v Detroit* (Docket No. 129884), lv den 474 Mich ___ (2006), I concur in the decision to deny leave to appeal, but I again urge the Legislature to consider whether further legal remedies are warranted for property owners in these circumstances.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

p0524